UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 19-103 (MJD/ECW)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **SUPERSEDING INDICTMENT** |
| v. | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(a)(2) |
| ANTHONY AKEMU ABARI, | 21 U.S.C. § 841(a)(1) |
| a/k/a Anthony Akeum Abari, | 21 U.S.C. § 841(b)(1)(A) |
| a/k/a "B" or "Bee" | 21 U.S.C. § 841(b)(1)(B) |
| | 21 U.S.C. § 841(b)(1)(C) |
| RELONDO DEVON HALL, | 21 U.S.C. § 846 |
| a/k/a "Spade", and | 21 U.S.C. § 853(a) |
| | 21 U.S.C. § 853(p) |
| KEVIN GREEN, | 28 U.S.C. § 2461(c) |
| a/k/a "Chuck" a/k/a "Stunna". | |
| Defendants. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
**(Conspiracy To Distribute Controlled Substances)**

From at least December 2018 and continuing through July 8, 2019, in the State and District of Minnesota, the defendants,

**ANTHONY AKEMU ABARI,**
a/k/a Anthony Akeum Abari,
a/k/a "B" or "Bee,"

**RELONDO DEVON HALL**,
a/k/a "Spade," and

**KEVIN GREEN**,
a/k/a "Chuck" a/k/a "Stunna,"

SCANNED
AUG 1 3 2019
U.S. DISTRICT COURT MPLS

did knowingly and intentionally conspire with each other, and with others known and unknown to the grand jury, to distribute controlled substances, specifically 400 grams or more of mixtures and substances containing a detectable amount of Fentanyl, also known by the chemical name N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, such mixtures and substances also contained a detectable amount of heroin, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

## COUNT 2
**(Possession With Intent To Distribute Controlled Substances)**

On or about January 24, 2019, in the State and District of Minnesota, the defendant,

**ANTHONY AKEMU ABARI,**
a/k/a Anthony Akeum Abari,
a/k/a "B" or "Bee,"

did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, specifically, 40 grams or more of a mixture and substance containing a detectable amount of Fentanyl, which is also known by the chemical name N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, such mixture and substance also contained a detectable amount of heroin, all in violation of Title 21, United States Code, Sections 841(a)(1)and 841(b)(1)(B).

## COUNT 3
### (Possession With Intent To Distribute Controlled Substances)

On or about April 14, 2019, in the State and District of Minnesota, the defendants,

**ANTHONY AKEMU ABARI,**
a/k/a Anthony Akeum Abari,
a/k/a "B" or "Bee," and

**RELONDO DEVON HALL,**
a/k/a "Spade,"

did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, specifically, a mixture and substance containing detectable amounts of heroin and Fentanyl, which is also known by the chemical name N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, all in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(C).

## COUNT 4
### (Possession With Intent To Distribute Controlled Substances)

On or about July 8, 2019, in the State and District of Minnesota, the defendant,

**KEVIN GREEN,**
a/k/a "Chuck" a/k/a "Stunna,"

did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, specifically, 40 grams or more of a mixture and substance containing a detectable amount of Fentanyl, which is also known by

the chemical name N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, such mixture and substance also contained a detectable amount of heroin, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 841(b)(1)(B).

## COUNT 5
### (Felon in Possession of a Firearm)

On or about January 24, 2019, in the State and District of Minnesota, the defendant,

**ANTHONY AKEMU ABARI,**
a/k/a Anthony Akeum Abari,
a/k/a "B" or "Bee,"

having been convicted of the following crimes, each of which was punishable by a term of imprisonment exceeding one year,

| Crime | Date of Conviction (on or about) | Place of Conviction |
| --- | --- | --- |
| Simple Robbery | 6/1/1999 | Hennepin County, MN |
| Motor Vehicle Theft | 2/7/2000 | Hennepin County, MN |
| Theft from Person | 2/7/2000 | Hennepin County, MN |
| Theft by Swindle | 12/18/2000 | Hennepin County, MN |
| Motor Vehicle Theft | 3/5/2002 | Ramsey County, MN |
| Drugs 5 – Possession | 5/16/2002 | Hennepin County, MN |
| Assault 2 | 2/11/2003 | Winona County, MN |
| Felon in Possession | 8/4/2010 | U.S. District of MN |

and knowing he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a 9mm SCCY model CPX-1 handgun with obliterated serial number,

and the firearm was in and affecting commerce, all in violation Title 18, United States Code, Section 922(g)(1).

## COUNT 6
### (Felon in Possession of a Firearm)

On or about April 14, 2019, in the State and District of Minnesota, the defendant,

**RELONDO DEVON HALL,**
a/k/a "Spade",

having been convicted of the following crimes, each of which was punishable by a term of imprisonment exceeding one year,

| Crime | Date of Conviction (on or about) | Place of Conviction |
|---|---|---|
| Burglary 2nd Degree | 6/4/2001 | Hennepin County, MN |
| Drugs 5 – Possession | 4/24/2003 | Hennepin County, MN |

and knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Colt .32 caliber CVC pistol with serial number 236863, and the firearm was in and affecting commerce, all in violation Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATIONS**

If convicted of any Count of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms, ammunition, and accessories involved in, connected with, or used in the commission of such Count, including but not limited to: (1) a 9mm SCCY Model CPX-1 handgun with and obliterated serial number, and (2) a Colt .32 caliber CVC pistol with serial number 236863.

If convicted of Counts 1-4 of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation, including but not limited to: (1) $4,009 in U.S. currency seized from the defendants on January 24, 2019, and a 9mm SCCY Model CPX-1 handgun with obliterated serial number and any ammunition and accessories seized therewith, (2) $3,021 in U.S. currency seized from the defendants on April 14, 2019, and a Colt .32 caliber CVC pistol with serial number 236863 and any ammunition and accessories seized therewith, and (3) $196,921 in U.S. currency seized from the defendants on July 8, 2019.

United States v. Anthony Akemu Abari et al

  If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

_____   _____
United States Attorney       FOREPERSON