UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 19-103(2) MJD/ECW

United States of America,

          Plaintiff,

v.                             **ORDER FOR APPOINTMENT OF COUNSEL**

Relando Devon Hall,

          Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Terry Hegna, Attorney ID 141938, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated: <u>September 20, 2019</u>          *s/David T. Schultz*
                                                Honorable David T. Schultz
                                                United States Magistrate Judge