UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 19-103(2) (MJD/ECW)

United States of America,

          Plaintiff,

v.                          **ORDER FOR APPOINTMENT OF SUBSTITUTE COUNSEL**

Relondo Devon Hall,

          Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that substitute counsel be assigned.

IT IS HEREBY ORDERED that Bruce Rivers, Attorney ID 282698, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated: October 23, 2019                       s/ Michael J. Davis
                                                    Honorable Michael J. Davis
                                                    United States District Court